### 5384. BENNETT *v.* GRINER.

WADE, J. 1. The superior court must look to the answer of the magistrate or judge of the lower court, and not to the petition for the writ of certiorari, to ascertain what occurred upon the trial of the case below; and where the answer fails to verify the allegations of the petition, and no steps are taken to perfect the answer, nothing is presented for determination by either the superior court or this court. *Brown* v. *Gainesville,* 125 *Ga.* 238 (53 S. E. 1002); *Knowles* v. *Coachman,* 109 *Ga.* 358 (34 S. E. 607); *Gartrell* v. *Linn,* 79 *Ga.* 700 (4 S. E. 918); *Hopkins* v. *Southern Railway Co.,* 110 *Ga.* 87 (35 S. E. 307); *Ridgway* v. *Bryant,* 8 *Ga. App.* 564 (70 S. E. 28).

2. The evidence, while somewhat unsatisfactory, was sufficient to authorize the jury to believe that the credit was extended to the defendant on the faith of his original undertaking, and we will not disturb this finding.

*Judgment affirmed. Roan, J., absent.*

DECIDED APRIL 18, 1914.

Certiorari; from Berrien superior court—Judge Thomas. October 31, 1913.

*J. L. Hull, J. W. Powell,* for plaintiff in error.
*Joseph A. Alexander,* contra.